JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RODNEY KING, JEFF BYRD and JAMES REESE,

Plaintiffs,

vs.

FAHEEM NAJM pka T-PAIN; NAPPYPUB MUSIC, INC., dba NAPPYPUB, INC.; MIKE JONES dba WHO IS MIKE JONES MUSIC; 2 PLAYAS PUBLISHING, LLC; STEVE RIFKIN; SRC RECORDS, INC.; WARNER-TAMERLANE PUBLISHING, CORP., KONVICT MUZIK GROUP LLC; ZOMBA RECORDING LLC; SONYBMG MUSIC ENTERTAINMENT; and DOES 1 through 100,

Defendants.

Case No.: CV 08-4164 DSF (VBKx)

JUDGMENT

This action came before the Court on a motion for summary judgment, the Honorable Dale S. Fischer, District Judge, Presiding. The Court ordered that summary judgment be entered in favor of defendants. The arguments and evidence having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 3/8/11

Dale S. Fischer
United States District Judge